FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 16 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANGEL LOUIS SANTANA, JR.,                  JUDGMENT
                                                     09-CV-3157 (JG)
                   Plaintiff,

    -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                   Defendant.
-----------------------------------------------------------------X

        An Order of Honorable John Gleeson, United States District Judge, having been filed on October 14, 2009, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, to include, further development of the medical evidence, further consideration of the opinions of Chris Muessell, Ph.D and Phyllis Manginelli, R.N., assessment of plaintiff's mental impairment in accordance with the technique set forth in 20 C.F.R. § 404.1520a, provision of a function-by-function assessment of plaintiff's mental residual functional capacity as required by Social Security Ruling 96-8p, a supplemental hearing, and issuance of a new decision; it is

        ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, to include, further development of the medical evidence, further consideration of the opinions of Chris Muessell, Ph.D and Phyllis Manginelli, R.N., assessment of plaintiff's mental impairment in accordance with the

technique set forth in 20 C.F.R. § 404.1520a, provision of a function-by-function assessment of plaintiff's mental residual functional capacity as required by Social Security Ruling 96-8p, a supplemental hearing, and issuance of a new decision.

Dated: Brooklyn, New York
October 15, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court